IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRIGHT DATA LTD.<br><br>       Plaintiff,<br><br>  v.<br><br>NETNUT LTD.<br><br>       Defendant. | Case No.  2:21-CV-00225-JRG-RSP |

## JOINT STIPULATED MOTION TO AMEND THE THIRD AMENDED DOCKET CONTROL ORDER

Plaintiff Bright Data Ltd. ("Plaintiff" or "Bright Data") and Defendant NetNut Ltd. ("Defendant" or "NetNut") (collectively, the "Parties") jointly move to amend the third amended docket control order ("Order," Dkt. 141).  The current Order (Dkt. 141) granted the Parties May 2, 2022 joint motion to amend the second amended docket control order setting the close of fact discovery for May 9 and the deadlines for opening expert reports and rebuttal expert reports for May 16, 2022 and June 8, 2022 respectively. Since before the filing of the May 2 motion, the Parties have continued to actively engage in daily FRE 408 discussions to resolve the disputes between the Parties, coordinating between U.S. counsel and the respective Parties in Israel.  To further accommodate FRE 408 discussions between the Parties in anticipation of a potential resolution, the Parties request the following extensions:

| July 15, 2022 | July 20, 2022 | Sur-reply to Dispositive Motions (including *Daubert* Motions) |
|---|---|---|
| July 11, 2022 | July 15, 2022 | Reply to Dispositive Motions (including *Daubert* Motions). |
| July 6, 2022 | July 11, 2022 | *Response to Dispositive Motions (including *Daubert* Motions). Responses to dispositive motions that were filed prior to the dispositive |

| | | motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e), not to exceed the deadline as set forth in this Docket Control Order. Motions for Summary Judgment shall comply with Local Rule CV-56. |
|---|---|---|
| June 22, 2022 | June 27, 2022 | *File Motions to Strike Expert Testimony (including *Daubert* Motions).<br><br>No motion to strike expert testimony (including a *Daubert* Motion) may be filed after this date without leave of the Court. |
| June 22, 2022 | June 27, 2022 | *File Dispositive Motions<br><br>No dispositive motion may be filed after this date without leave of the Court.<br><br>Motions shall comply with Local Rule CV-56 and Local Rule CV-7. <u>Motions to extend page limits will only be granted in exceptional circumstances. Exceptional circumstances require more than agreement among the parties</u>. |
| June 17, 2022 | June 24, 2022 | Deadline to Complete Expert Discovery |
| June 8, 2022 | June 15, 2022 | Serve Disclosures for Rebuttal Expert Witness |
| May 16, 2022 | May 27, 2022 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| May 9, 2022 | May 20, 2022 | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |

The requested extensions will not affect the scheduled Pretrial Conference or Trial. The parties agree that there is good cause to extend the deadline including on the basis of current and ongoing discussions between the Parties to resolve the pending disputes.

Wherefore, the Parties respectfully requests the Court find good cause to modify the Order accordingly.

Dated: May 5, 2022

By: /s/ Ronald Wielkopolski
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ederieux@capshawlaw.com

J. Mark Mann
G. Blake Thompson
Mann | Tindel | Thompson
300 West Main
Henderson, TX 75652
mark@themannfirm.com
blake@themannfirm.com
Office 903-657-8540

Korula T. Cherian
Robert Harkins
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA  94704
sunnyc@ruyakcherian.com
bobh@ruyakcherian.com

Thomas Dunham
Ronald Wielkopolski
J. Michael Woods
Colby A. Davis
RuyakCherian LLP
1901 L St. NW, Suite 700
Washington, DC 20036
tomd@ruyakcherian.com
ronw@ruyakcherian.com
michaelw@ruyakcherian.com
colbyd@ruyakcherian.com

***Attorneys for Plaintiff
Bright Data Ltd.***

/s/  Kevin Rodkey
Eric H. Findlay (TX Bar No. 00789886)
Debby Gunter (TX Bar No. 24012752)
FINDLAY CRAFT, P.C.
102 North College Avenue, Suite 900
Tyler, Texas 75702
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: dgunter@findlaycraft.com

Elliot C. Cook
Finnegan, Henderson,
Farabow, Garrett & Dunner, LLP
1875 Explorer St., Suite 800
Reston, VA 20190
Tel: (571) 203-2738
Fax: (202) 408-4400
elliot.cook@finnegan.com

Cory C. Bell
Finnegan, Henderson,
Farabow, Garrett & Dunner, LLP
Two Seaport Lane
Boston, MA 02210-2001
Tel: (617) 646-1641
Fax: (202) 408-4400
cory.bell@finnegan.com

***Attorneys For
Defendant NetNut Ltd.***

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 5th day of May, 2022, with a copy of this document via electronic mail.

/s/ Ronald Wielkopolski

## CERTIFICATE OF CONFERENCE

I hereby certify that the parties have complied with the meet and confer requirement in Local Rule CV-7(h).  On May 5, 2022, counsel for Bright Data and NetNut conferred and agreed on filing the joint motion.

/s/ Ronald Wielkopolski