IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRIGHT DATA LTD.,<br><br>   *Plaintiff*,<br>v.<br><br>NETNUT LTD.<br><br>   *Defendant.* | Case No. 2:21-cv-00225–JRG-RSP |

**BRIGHT DATA'S OBJECTIONS TO PORTIONS OF THE DECLARATIONS OF SHACHAR DANIEL AND HAGIT GAL AS COMPRISING INADMISSIBLE EXPERT TESTIMONY AND HEARSAY**

Bright Data objects to paragraphs 5, 6, 7, 9, 12, 15, 16, 18, and 20 of the Declaration of Shachar Daniel ("Daniel Declaration," Dkt. 168-15), submitted as exhibit N in support of Defendant's opposition to the motion for corrective action (Dkt. 168), as comprising improper expert opinion under Federal Rule of Evidence ("FRE") 702 regarding legal reporting and disclosure requirements under the United States Securities and Exchange Commission, without any representations or other showing that the declarant is qualified as an expert in this subject matter as required by FRE 702. Bright Data further objects to paragraphs 5, 6, 7, 9, 12, 15, 16, 18, and 20 of the Daniel Declaration as comprising inadmissible opinions regarding governing law.  Bright Data further objects to paragraphs 19 and 20 of the Daniel Declaration as comprising impermissible hearsay under FRE 802 including ▮▮▮▮▮ in paragraph 19 and the implication in paragraph 20 that ▮▮▮▮▮

Bright Data objects to paragraphs 5, 13, 16, 22 and 23 of the Declaration of Hagit Gal ("Gal Declaration," Dkt. 168-16), submitted as exhibit O in support of Defendant's opposition to the motion for corrective action (Dkt. 168), as comprising improper expert opinion under Federal Rule of Evidence ("FRE") 702 regarding legal reporting and disclosure requirements under the United States Securities and Exchange Commission, without any representations or other showing that the declarant is qualified as an expert in this subject matter as required by FRE 702. Bright Data further objects to paragraphs 5, 13, 16, 22 and 23 of the Gal Declaration as comprising inadmissible opinions regarding governing law. Bright Data further objects to paragraph 13 of the Gal Declaration as comprising impermissible hearsay under FRE 802 to the extent that this paragraph implies that statements regarding "compliance with securities law" were made by third-party declarant "securities law counsel."

Dated:  June 1, 2022                                    Respectfully submitted,

By: *Ronald Wielkopolski*

J. Mark Mann
State Bar No. 12926150
mark@themannfirm.com
G. Blake Thompson
State Bar No. 24042033
blake@themannfirm.com
**MANN | TINDEL | THOMPSON**
300 West Main Street
Henderson, Texas 75652
(903) 657-8540
(903) 657-6003 (fax)

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585

**Capshaw DeRieux, LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Korula T. Cherian
Robert Harkins
**RuyakCherian LLP**
1936 University Ave, Ste. 350
Berkeley, CA  94704
sunnyc@ruyakcherian.com
bobh@ruyakcherian.com

Ronald Wielkopolski
Michael Woods
Thomas Dunham
**RuyakCherian LLP**
1091 L. St. NW, Suite 700
Washington, DC 20006
ronw@ruyakcherian.com
michaelw@ruyakcherian.com
tomd@ruyakcherian.com

*Attorneys for Plaintiff*
*Bright Data Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 1st day of June 2022, with a copy of this document via ECF or electronic mail.

*/s/ Ronald Wielkopolski*

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I hereby certify that the foregoing document is being filed under seal pursuant to the Protective Order entered in this case.

/s/ *Ronald Wielkopolski*