IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **BRIGHT DATA LTD.** | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:21-cv-00225-JRG-RSP |
| v. | § § | |
| **NETNUT LTD.** | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § § | |

### DEFENDANT NETNUT LTD.'S OPPOSITION TO PLAINTIFF BRIGHT DATA'S MOTION FOR HEARING TO RESOLVE BRIGHT DATA'S PENDING MOTION FOR CORRECTIVE ACTIONS AND SANCTIONS FOR VIOLATION OF PROTECTIVE ORDER AND ABUSE OF SETTLEMENT PROCESS

Defendant NetNut Ltd. ("NetNut") respectfully opposes Plaintiff Bright Data Ltd.'s ("Bright Data") request for a hearing (Dkt. 172) because no hearing is required to determine that all of Bright Data's erroneous arguments are ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. The parties signed a settlement agreement ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ *All* of Bright Data's arguments—each unfounded and incorrect—▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Rather than dispute this, Bright Data attempts to sidestep its agreement with NetNut ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Bright Data's hostile machinations against NetNut should not be condoned, and instead the parties' mutually negotiated settlement agreement should be honored. NetNut respectfully submits that the burden and cost of a hearing, for the Court and the parties, are not required to resolve Bright Data's meritless motion.

1

Dated: June 8, 2022   By:   /s/Eric H. Findlay
Eric H. Findlay (TX Bar No. 00789886)
Debby Gunter (TX Bar No. 24012752)
FINDLAY CRAFT, P.C.
102 North College Avenue, Suite 900
Tyler, Texas 75702
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: dgunter@findlaycraft.com

Elliot C. Cook
Denise A. Golumbaski
David Lefcowitz
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
1875 Explorer St., Suite 800
Reston, VA 20190
Tel: (571) 203-2738
Fax: (202) 408-4400
elliot.cook@finnegan.com
denise.golumbaski@finnegan.com
David.Lefcowitz@finnegan.com

Cory C. Bell
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
Two Seaport Lane
Boston, MA 02210-2001
Tel: (617) 646-1641
Fax: (202) 408-4400
cory.bell@finnegan.com

C. Gregory Gramenopoulos
Alissa E. Green
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
901 New York Ave.
Washington, DC 20001
Tel: (202) 408-4305
Fax: (202) 408-4400
c.gregory.gramenopoulos@finnegan.com
alissa.green@finnegan.com

Kevin D. Rodkey
Troy Viger
Finnegan, Henderson, Farabow,

Garrett & Dunner, LLP
271 17th St. NW
Suite 1400
Atlanta, GA 30363
Tel: (404) 653-6484
Fax: (202) 408-4400
kevin.rodkey@finnegan.com
troy.viger@finnegan.com

***Attorneys For
Defendant NetNut Ltd.***

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2022, a true and correct copy of the foregoing document was electronically filed in compliance with Local Rule CV-5(a) and was served on all counsel who are deemed to have consented to electronic service, per Local Rule CV-5(a)(3).

*/s/ Eric H. Findlay*
Eric H. Findlay

