IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRIGHT DATA LTD., | § |
| *Plaintiff*, | § |
| v. | § Case No. 2:21-cv-00225-JRG-RSP |
| NETNUT LTD., | § |
| *Defendant*. | § |

## ORDER

Before the Court is the Motion For Corrective Actions And Sanctions For Violation Of Protective Order And Abuse Of Settlement Process filed by Plaintiff Bright Data Ltd. **Dkt. No. 156**. In its motion, Bright Data seeks relief for alleged violations of the Court's Protective Order (Dkt. No. 58) committed by Defendant NetNut Ltd. and NetNut's counsel.

On June 16, 2022, the Court held a hearing on Bright Data's motion. As a result of the arguments presented at the hearing, the Court has identified the following issues that the Court directs the parties to address through supplemental briefing:

(1) Whether the Court's Protective Order is enforceable after the Court entered its Order dismissing the case;
(2) Whether the Confidential Settlement Agreement is subject to the Protective Order;
(3) Whether the securities laws of the United States, or other applicable laws, required NetNut to disclose the particular details of the Confidential Settlement Agreement that Bright Data contends violated the Protective Order: and
(4) What relief is appropriate if a violation is found.

Thus, the Court **ORDERS** the following:

- No later than July 8, 2022, the parties are to serve on the opposite party a Notice that identifies evidence the party plans to offer in support of its supplemental brief as required by Fed. R. Civ. P. 26(a)(1)(A)(i)-(iv). Additionally, if a party plans on calling witnesses, the Notice is to contain the identity and a summary of the expected testimony of the

witness. Finally, if a party plans on using an expert to offer testimony, via a declaration or at the hearing, to support its supplemental brief, the parties are to treat the expert witness as an expert who is not required to provide a written report and the Notice is to provide the information required by Fed. R. Civ. P. 26(a)(2)(C).

- No later than July 14, 2022, the parties are to file their supplemental briefs addressing the issues identified above. The Supplemental Brief is not to exceed 15 pages.

Finally, the motion is set for an evidentiary hearing on **July 28, 2022 at 9:00 a.m.** before the undersigned.

**SIGNED this 17th day of June, 2022.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE