UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRIGHT DATA LTD.<br><br>    Plaintiff,<br><br>v.<br><br>NETNUT LTD.<br><br>    Defendant. | Case No.  2:21-cv-225-JRG<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF INTENT TO REQUEST REDACTION**

As reflected in the June 16, 2022 docket entry for the "sealed motion hearing (06-16-2022) transcript" (Dkt. 181), the June 16, 2022 hearing was sealed.  However, the transcript itself does not include a sealed designation on the front page or in the header or footer.  Out of an abundance of caution and to avoid inadvertent disclosure, notice is hereby given that Plaintiff Bright Data Ltd. will submit a statement of redaction to the court reporter within 21 days from the filing of the transcript with the Clerk of Court of the Motion hearing held on June 16, 2022 before Judge Payne.  The proceeding was reported by Shawn McRoberts.

Dated:  June 24, 2022

Respectfully submitted,

By: */s/ Elizabeth L. DeRieux*
Korula T. Cherian
Robert Harkins
Scott Kanalakis
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA  94702
Telephone: (510) 944-0185

Thomas Dunham

Ronald Wielkopolski
RuyakCherian LLP
1901 L St. NW, Ste. 700
Washington, D.C. 20036
Telephone: 202-838-1566

Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ederieux@capshawlaw.com

G. Blake Thompson
State Bar No. 24042033
blake@themannfirm.com
J. Mark Mann
State Bar No. 12926150
mark@themannfirm.com
MANN | TINDEL | THOMPSON
201 E. Howard St. Henderson, Texas 75654
(903) 657-8540
(903) 657-6003 (fax)

Attorneys for Plaintiff
Bright Data Ltd.