IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **BRIGHT DATA LTD.**<br><br>    **Plaintiff,**<br><br>v.<br><br>**NETNUT LTD.**<br><br>    **Defendant.** | Civil Action No. 2:21-cv-00225-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT NETNUT LTD.'S NOTICE OF DEVELOPMENTS IN RELATED *INTER PARTES REVIEW* PROCEEDINGS

Defendant NetNut Ltd. ("NetNut") respectfully provides the Court with an update on the related proceedings for the asserted patents in this case.

On July 25, 2022, the United States Patent and Trademark Office ("USPTO") denied petitions for *inter partes* review filed by Code200, UAB; Teso LT, UAB; Metacluster LT, UAB; Oxysales, UAB; and Coretech LT, UAB (collectively, "Oxylabs") of U.S. Patent No. 10,257,319 ("the '319 Patent") and U.S. Patent No. 10,484,510 ("the '510 Patent). *See* Exs. A and B, respectively.

Plaintiff Bright Data Ltd.'s ("Bright Data") Motion for Corrective Actions and Sanctions for Violation of Protective Order and Abuse of Settlement Process, Dkt. 156, and its Supplemental Briefing Pursuant to Court Order, Dkt. 193,

Dated: July 26, 2022  By:  */s/ Eric H. Findlay*
Eric H. Findlay (TX Bar No. 00789886)
Debby Gunter (TX Bar No. 24012752)
FINDLAY CRAFT, P.C.
102 North College Avenue, Suite 900
Tyler, Texas 75702
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: dgunter@findlaycraft.com

Elliot C. Cook
Denise A. Golumbaski
Finnegan, Henderson,
Farabow, Garrett & Dunner,
LLP
1875 Explorer St., Suite 800
Reston, VA 20190
Tel: (571) 203-2738
Fax: (202) 408-4400
elliot.cook@finnegan.com
denise.golumbaski@finnegan.com

Cory C. Bell
Finnegan, Henderson,
Farabow, Garrett & Dunner,
LLP
Two Seaport Lane
Boston, MA 02210-2001
Tel: (617) 646-1641
Fax: (202) 408-4400
cory.bell@finnegan.com

C. Gregory Gramenopoulos
Alissa Green
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
901 New York Ave.
Washington, DC 20001
Tel: (202) 408-4305
Fax: (202) 408-4400
c.gregory.gramenopoulos@finnegan.com
alissa.green@finnegan.com

2

Kevin D. Rodkey
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
271 17th St. NW
Suite 1400
Atlanta, GA 30363
Tel: (404) 653-6484
Fax: (202) 408-4400
kevin.rodkey@finnegan.com

Randy Moonan
BurgherGray LLP
1350 Broadway, Suite 1510
New York, NY 10018
Tel: (917) 410-3152
Fax: (646)-459-4321
rmoonan@burghergray.com

***Attorneys For***
***Defendant NetNut Ltd.***

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2022, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which provides electronic service to all counsel of record.

/s/ Eric H. Findlay
Eric H. Findlay

